UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY DAYTON, | No. 2:12-cv-1945 TLN CKD |
| Plaintiff, | |
| v. | ORDER |
| SEARS, ROEBUCK AND CO., et al., | |
| Defendants. | |

Plaintiff's motion to compel came on regularly for hearing July 10, 2013. Jennet Zapata appeared for plaintiff. Gary Basham appeared for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

1. The motion to compel (ECF No. 16) is granted in part. No later than August 7, 2013, defendants shall produce documents responsive to request nos. 23 and 28 and respond to interrogatory no. 18, for the time period December 12, 2011 to April 30, 2012, and for facilities, including but not limited to stores, call centers, home centers, warehouses, and other support facilities located within a fifty mile radius of Sacramento.

/////

/////

/////

1

2. The court finds that under the circumstances of this motion, an award of expenses is not warranted. The parties' requests for expenses is denied.

Dated: July 10, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 dayton1945.oah