UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY DAYTON,<br><br>           Plaintiff,<br><br>   v.<br><br>SEARS, ROEBUCK AND CO., et al.,<br><br>           Defendants. | No.  2:12-cv-1945 TLN CKD<br><br><br><u>ORDER</u> |

      By order filed July 10, 2013 (ECF No. 19), defendants were directed to provide certain information for facilities located within a fifty mile radius of Sacramento.  The parties seek clarification of the meaning of a fifty mile radius.

      The court's order contemplates an area encompassed by a circle drawn with the center located at 38º 34' N, 121º 29' W and with a radius of fifty miles.  For the edification of the parties, the map will look approximately as follows:

/////

/////

/////

/////

/////

/////

1

/////



IT IS SO ORDERED.

Dated: July 24, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 dayton1945.cla