GARY R. BASHAM (Bar No. 130119)
NANCY L. McCOY (Bar No. 184983)
AARON R. JACKSON (Bar No. 233816)
BASHAM LAW GROUP
1545 River Park Drive, Suite 205
Sacramento, CA  95815
Telephone:  (916) 993-4840
Facsimile:  (916) 993-4849

Attorneys for Defendants,
SEARS, ROEBUCK AND CO. and
SEARS HOLDINGS MANAGEMENT
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY A. DAYTON,<br><br>    Plaintiff,<br><br>    v.<br><br>SEARS ROEBUCK AND CO., a New York Corporation; SEARS HOLDINGS MANAGEMENT CORPORATION, a Delaware Corporation; and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No. 2:12-CV-01945-TKN-CKD<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE FOR DISPOSITIVE MOTION HEARING** |

WHEREAS, the parties have jointly agreed and stipulated to respectfully request that this Court grant a brief continuance of the deadline date for the dispositive motions hearing date.  The parties jointly propose continuing the following deadlines as set forth below:

- Last day for dispositive motions to be heard:  Current deadline pursuant to Scheduling Order #8 is **March 10, 2014**, requested by the parties to be continued to **March 27, 2014.**  Proposed hearing date:  **March 27, 2014** at **2:00 p.m. in Courtroom 2, 15th Floor.**

- The Last day for Defendants to file dispositive motions:  **February 20, 2014.**

---

Stipulation and Order for Continuing Deadline for
Dispositive Motion

1

USDC, Eastern District of California
Case No. 2:12-CV-01945-GEB-CKD

- Last day for Plaintiff to file and serve any opposition and supporting documents to Defendants' dispositive motions will be **March 13, 2014.**
- Last day for Defendants to file and serve any reply and supporting documents will be **March 20, 2014.**

WHEREAS, this request is not being made of the purposes of delay, or any other improper purpose;

WHEREAS, continuing the above-referenced deadlines will not prejudice either party or their counsel; and

NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiff and Defendants, through their respective attorneys of record, that this Court continues the deadlines as set forth above.

Date:  January 23, 2014                                SHIMODA LAW CORP.

By:  _____/S/_____
    GALEN T. SHIMODA
    Attorneys for Plaintiff
    JUDY A. DAYTON

Date:  January 23, 2014                                BASHAM LAW GROUP

By:  _____/S/_____
    GARY R. BASHAM
    NANCY L. MCCOY
    AARON R. JACKSON
    Attorneys for Defendants,
    SEARS, ROEBUCK AND CO. and
    SEARS HOLDINGS
    MANAGEMENT CORPORATION

**IT IS SO ORDERED.**

Dated: January 23, 2014

_____
Troy L. Nunley
United States District Judge