UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY A. DAYTON, | No. 2:12-cv-01945-TLN-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| SEARS ROEBUCK & CO., ET AL, | |
| Defendants. | |

This matter was set for trial on August 26, 2014.  However, due to a conflict with the Court's calendar, the Court vacated this date on April 4, 2014, and delayed rescheduling the trial on this matter pending determination on Defendants' summary judgment motion.  (*See* Minute Order, ECF No. 61.)  On January 15, 2015, this Court filed its order denying Defendants' Motion for Summary Judgment or in the Alternative Summary Adjudication.  (*See* Order, ECF No. 64.)  Thus, this matter must be reset for trial.  However, the Court's docket cannot accommodate a trial until summer 2016.

Therefore, the Court hereby orders the parties to meet and confer as to whether both parties are willing to attend a settlement conference before the magistrate judge and whether the parties are amenable to consenting to the jurisdiction of the magistrate judge in order to have their trial concluded in a more timely matter.  The parties are hereby ordered to file a joint statement with this Court within thirty (30) days of the entry of this order notifying the Court as to whether

1

a settlement conference would be beneficial and whether they would like to consent to the jurisdiction of the magistrate judge.

IT IS SO ORDERED.

Dated: January 28, 2015

Troy L. Nunley
United States District Judge